**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 17, 2020

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Handruliz Nova,**
      **18 Cr. 866 (JPO)**

Dear Judge Oetken:

   I write to request permission for Mr. Nova to travel to the Dominican Republic in order to see his sister, who is suffering from several medical issues. Mr. Nova is serving a sentence of supervised release. Mr. Nova proposes to leave on December 28, 2020 and to return on January 15, 2021.

   Mr. Nova remains in full compliance with all conditions of his supervised release. His supervising probation officer, Sonales Gonzalez, informs me that Probation is not authorized to approve of international travel on its own authority but that Probation has no objection to this application to the Court. AUSA Nicholas Chiuchiolo states that the government takes no position on this application.

   If the Court grants this request, Mr. Nova will provide Officer Gonzalez with his itinerary and contact information in advance of the trip.

Granted.
So ordered.
   December 18, 2020

Respectfully submitted,
/s/
Mark Gombiner
Assistant Federal Defender
(212) 417-8718

_____
J. PAUL OETKEN
United States District Judge